

FILED
11/7/2025
TD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Sheri H. Mecklenburg (312) 469-6030

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRACY MARIE FIORENZA | Case No.: 1:25-cr-00723<br>JEFFREY T. GILBERT<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, BRENDA CORONA, personally appearing before United States Magistrate Judge JEFFREY T. GILBERT and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that TRACY MARIE FIORENZA has been charged with a violation of probation in the Southern District of Florida. A copy of the arrest warrant is attached.

*Brenda Corona*
BRENDA CORONA
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 7th day of November, 2025.

*Jeffrey T. Gilbert*
JEFFREY T. GILBERT
United States Magistrate Judge

PROB 19A  SD/FL PACTS No.: 7409094

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:23-CR-80164-WPD(1)

U.S.A. vs. FIORENZA, TRACY MARIE

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the Court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Fiorenza, Tracy Marie / Register # 19281-104 | F | W | 43 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 4N354 Margaret Mitchell Street, St. Charles, Illinois, 60175 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, Southern District of Florida | January 31, 2025 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| United States District Court, Southern District of Florida, Fort Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Angela E. Noble | *[signature]* | Oct 31, 2025 |

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."